```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 27405
   JANET L SMITH
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0398

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/11/2005 and was confirmed 09/26/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was paid in full 02/12/2009.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG          .00             .00              .00
CITIMORTGAGE INC           MORTGAGE ARRE      5840.01             .00          5840.01
INTERNAL REVENUE SERVICE   PRIORITY          2204.02             .00          2204.02
ARROW FINANCIAL SERVICES   UNSECURED        NOT FILED            .00              .00
AT & T WIRELESS            UNSECURED           292.53            .00            29.25
BANK ONE                   UNSECURED        NOT FILED            .00              .00
AT & T WIRELESS            UNSECURED        NOT FILED            .00              .00
CITY OF CHICAGO DEPT OF    UNSECURED        NOT FILED            .00              .00
COMCAST                    UNSECURED        NOT FILED            .00              .00
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED            .00              .00
ECAST SETTLEMENT CORP      UNSECURED          8397.55            .00           839.76
INTERNAL REVENUE SERVICE   UNSECURED          1407.75            .00           140.78
MICROSOFT ONLINE SERVICE   UNSECURED        NOT FILED            .00              .00
PROVIDIAN BANK             UNSECURED        NOT FILED            .00              .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY      NOT FILED            .00              .00
PALISADES COLLECTION LLC   NOTICE ONLY      NOT FILED            .00              .00
ARROW FINANCIAL SERVICES   UNSECURED           901.71            .00            90.17
ARROW FINANCIAL SERVICES   NOTICE ONLY      NOT FILED            .00              .00
SAMS CLUB                  UNSECURED        NOT FILED            .00              .00
TROJAN CREDIT SERVICES     UNSECURED        NOT FILED            .00              .00
HANOVER INSURANCE          UNSECURED         11932.22            .00          1193.22
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        1,980.20                        1,980.20
TOM VAUGHN                 TRUSTEE                                              818.25
DEBTOR REFUND              REFUND                                                 3.75

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   13,139.41

PRIORITY                                         2,204.02

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 27405 JANET L SMITH
```

```
SECURED                                                 5,840.01
UNSECURED                                               2,293.18
ADMINISTRATIVE                                          1,980.20
TRUSTEE COMPENSATION                                      818.25
DEBTOR REFUND                                               3.75
                                  ---------------    ---------------
TOTALS                                  13,139.41          13,139.41
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 03/10/09                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

                      PAGE   2
CASE NO. 05 B 27405 JANET L SMITH